IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATH REYNOLD L., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | No. 24-cv-1335 |
| *Commissioner of Social* | : | |
| *Security*, | : | |
| Defendant. | : | |

**ORDER**

AND NOW on this 9th day of October 2025, upon consideration of Plaintiff's Motion for

Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 13), and Defendant's Response to

Plaintiff's Petition for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 14), it is hereby

**ORDERED** that:

1.      The Motion for Attorney's Fees is hereby **GRANTED**.

2.      Jospeh B. Silver is awarded $21,063.00 in attorney's fees pursuant to 42 U.S.C. §

406(b).[1]

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge

---

[1] Upon receiving the $21,063.00 award, Mr. Silver is ordered to directly remit to Plaintiff
$5,692.32, which is the sum of the fees already paid to his firm pursuant to the Equal Access to
Justice Act, 28 U.S.C. § 2412.  See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).